CHESTER ROBINSON, alias STERLING ROBINSON, alias DUDE ROBINSON, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error.*

Division B.

Decision filed January 2, 1929.

Petition for rehearing denied February, 16, 1929.

*Stewart & Stewart*, for Plaintiff in Error;

*Fred H. Davis*, Attorney General and *J. McHenry Jones*, Special Assistant to the Attorney General, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon transcript of the record of the judgment herein and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is therefore considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.